BIMINI, INC. *v.* UNITED STATES

No. 6687.—Invoices dated London, England, February 15, 1946, etc.
Certified February 19, 1946, etc.
Entered at New York, N. Y., March 14, 1946.
Entry No. 745456, etc.

(Decided December 30, 1946)

*Adolphus G. Redley* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

CLINE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

DANIEL F. YOUNG, INC. *v.* UNITED STATES

No. 6688.—Invoices dated London, England, April 1946, etc.
Certified April 2, 1946, etc.
Entered at New York, N. Y., May 7, 1946, etc.
Entry No. 758661, etc.

(Decided December 30, 1946)

*Barnes, Richardson & Colburn (Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

CLINE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.